JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA DIANE BAKER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:24-cv-00899-SKO<br><br>STIPULATION AND UNOPPOSED MOTION; ORDER FOR EXTENSION OF TIME<br><br>(Doc. 12) |

　　　　Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from November 6, 2024 to January 6, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of November 4, 2024 and November 11, 2024 Plaintiff's Counsel has nine merit briefs due.  Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                  Respectfully submitted,

Dated: November 4, 2024      PENA & BROMBERG, ATTORNEYS AT LAW

                              By: */s/ Jonathan Omar Pena*
                                  JONATHAN OMAR PENA
                                  Attorneys for Plaintiff

Dated: November 4, 2024      PHILLIP A. TALBERT
                                  United States Attorney
                                  MATHEW W. PILE
                                  Associate General Counsel
                                  Office of Program Litigation
                                  Social Security Administration

                              By:  *\*/s/ Justin Lane Martin*
                                  Justin Lane Martin
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant
                                  (\*As authorized by email on November 4, 2024)

## **ORDER**

Based on the foregoing stipulation of the parties (Doc. 12), and good cause having been shown, IT IS ORDERED that Plaintiff shall be granted an extension of time of sixty (60) days to file her Opening Brief.  The Opening Brief shall be filed on or before January 6, 2025, and all deadlines in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:   **November 5, 2024**                    /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE