JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

Teresa Diane Baker,

        Plaintiff,

     vs.

Carolyn Colvin, ACTING COMMISSIONER
OF SOCIAL SECURITY[1],

        Defendant.

)
)
)
)
)
)
)
)
)

Case No. 1:24-cv-00899-SKO

AMENDED STIPULATION AND
UNOPPOSED MOTION FOR
EXTENSION OF TIME; ORDER
(Doc. 15)

     Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 14-day extension of time, from  January  6, 2025 to January 21, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

     This is Plaintiff's second request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.

---

[1] Carolyn Colvin became the Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

For the weeks of January 6, 2025 and January 13, 2025 Plaintiff's Counsel has five merit briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: January 6, 2025          PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*

JONATHAN OMAR PENA

Attorneys for Plaintiff

Dated: January 6, 2025          PHILLIP A. TALBERT

United States Attorney

MATHEW W. PILE

Associate General Counsel

Office of Program Litigation

Social Security Administration

By:  *\*/s/ Justin Lane Martin*

Justin Lane Martin

Special Assistant United States Attorney

Attorneys for Defendant

(*As authorized by email on January 6, 2025)

///
///
///
///

2

**ORDER**

Pursuant to parties' foregoing stipulation and unopposed motion (Doc. 15), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS ORDERED that Plaintiff shall have up to and including January 21, 2025, to serve Plaintiff's Motion for Summary Judgment on Defendant.  All other dates in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated January 6, 2025                              /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE