DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TERESA DIANE BAKER**, | Case No. 1:24-cv-00899-SKO |
| Plaintiff, | |
| vs. | **STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME; ORDER** |
| **CAROLYN COLVIN**, | |
| Acting Commissioner of Social Security[1], | **(Doc. 18)** |
| Defendant. | |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 3-day extension of time, from January 21, 2025, to January 24, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's third request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the week of January 20, 2025, Plaintiff's Counsel has four Merit briefs due. This case has also recently been assigned to Plaintiff's Counsel for briefing.  Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the

---

[1] Carolyn Colvin became the Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                Respectfully submitted,

Dated: January 20, 2025    PENA & BROMBERG, ATTORNEYS AT LAW


             By: */s/ Dolly M. Trompeter*
               DOLLY M. TROMPETER
               Attorneys for Plaintiff


Dated: January 20, 2025    PHILLIP A. TALBERT
               United States Attorney
               MATTHEW W. PILE
               Associate General Counsel
               Office of Program Litigation, Office 7

             By:  *\*/s/ Justin Lane Martin*
               Justin Lane Martin
               Special Assistant United States Attorney
               Attorneys for Defendant
               (*As authorized by email on January 20, 2025)

## **ORDER**

  Pursuant to parties' foregoing stipulation and unopposed motion (Doc. 18), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), IT IS ORDERED that Plaintiff shall have up to and including January 24, 2025, to serve Plaintiff's Motion for Summary Judgment on Defendant. All other dates in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated:  **January 21, 2025**       */s/ Sheila K. Oberto*
                  UNITED STATES MAGISTRATE JUDGE